```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

MOHAMED H. NOOR,

    Petitioner,

    v.                                  CIVIL ACTION
                                          NO. 18-12434-WGY

JEFF SESSIONS, et al.,

    Respondents.

**ORDER**

YOUNG, D.J.                                                April 3, 2019

    On November 21, 2018, Mohamed H. Noor, who was an immigration detainee at the time, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  He argued therein that his continued detention violated his right to due process because his removal to Somalia was not reasonably foreseeable.

    Respondent Antone Moniz, the superintendent of Plymouth County Correctional Facility, has moved to dismiss the petition as moot.  In support of the motion, Moniz submits the declaration of Alan Greenbaum, the Assistant Field Director for the United States Department of Homeland Security.  Greenbaum declares therein under the penalty of perjury that Noor is no longer in custody of Immigration and Customs Enforcement and that he was removed to Somalia on Thursday, November 29, 2018.

The removal of Noor moots his petition for release from detention. The Court is therefore without jurisdiction to entertain this action. See United States v. Sanchez-Gomez, -- U.S. --, 138 S. Ct. 1532, 1537 (2018) ("A case that becomes moot at any point during the proceedings is no longer a 'Case' or 'Controversy' for purposes of Article III, and is outside the jurisdiction of the federal courts." (some internal quotation marks omitted)).

Accordingly, the motion to dismiss is GRANTED. A separate final order of dismissal shall enter.

SO ORDERED.

    /s/ William G. Young
    United States District Judge